UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SHADIA A. FARAG,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | NO. CV 09-6412-ODW(CW)<br><br>JUDGMENT |

Pursuant to the order of the court accepting the findings, conclusions, and recommendation of the magistrate judge,

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: June 24, 2011

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE