ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
    Social Security Administration,
    Office of the General Counsel
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8978
    Facsimile: (415) 744-0134
    E-Mail: Francesco.Benavides@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SHADIA A. FARAG, ) | |
| ) | Case No. 2:09-cv-06412 CW |
| Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER FOR |
| ) | AWARD OF EAJA FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND FIVE HUNDRED

///

///

1

DOLLARS and 00/100's ($5,500.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 18, 2011

              /s/
HONORABLE CARLA WOEHRLE
U.S. MAGISTRATE JUDGE